CENTER FOR DISABILITY ACCESS
Amanda Seabock, Esq., SBN 289900
Prathima Price, Esq., SBN 321378
Dennis Price, Esq., SBN 279082
8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385; (888) 422-5191 fax
amandas@potterhandy.com
Attorneys for Plaintiff

Michael Heath, Esq., SBN 196747
Howard Olsen, Esq., SBN 255888
LAW OFFICES OF MICHAEL HEATH
3251 Steiner Street,
San Francisco, CA 94123
Tel: (415) 931-4207, Fax: (415) 931-4117
Email: mheath_law@sbcglobal.net
Attorneys for Defendant
Amber India Enterprise, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON, <br><br>     Plaintiff, <br> v. <br><br> AMBER INDIA ENTERPRISE, INC., a California Corporation, <br><br>     Defendants. | Case No.: 5:21-cv-04347-SVK <br><br> **JOINT STIPULATION FOR DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties.

Dated: January 06, 2022      CENTER FOR DISABILITY ACCESS

                                            By:      /s/ Amanda Seabock
                                                      Amanda Seabock
                                                      Attorneys for Plaintiff

Dated: January 06, 2022      LAW OFFICES OF MICHAEL HEATH

                                            By:      /s/ Michael Heath
                                                      Michael Heath, Esq.
                                                        Howard Olsen, Esq.
                                                        Attorneys for Defendant
                                                        Amber India Enterprise, Inc.

**SIGNATURE CERTIFICATION**

I hereby certify that the content of this document is acceptable to Michael Heath, counsel for Amber India Enterprise, Inc., and that I have obtained authorization to affix his electronic signature to this document.

Dated: January 06, 2022         CENTER FOR DISABILITY ACCESS

                                By:   /s/ Amanda Seabock
                                      Amanda Seabock
                                      Attorneys for Plaintiff